JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL DAVID GRANT,<br><br>        Petitioner,<br><br>  v.<br><br>JOSIE GASTELO, Warden,<br><br>        Respondent. | Case No. CV 18-1925 JFW (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 22, 2019

                                              JOHN F. WALTER<br>
                                              UNITED STATES DISTRICT JUDGE