# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID GRANT,<br><br>Petitioner,<br><br>v.<br><br>JOSIE GASTELO, Warden,<br><br>Respondent. | CASE NO. CV 18-1925 JFW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion, all the records and files herein, the Amended Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a de novo determination of the portions of the Amended Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that Petitioner's Motion for indicative ruling is DENIED. IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Petitioner and counsel for Respondent.

DATED: May 7, 2024

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2